No. 51937.—Black Knight China, Inc. v. United States, protest 48004–K (New York).

Opinion by EKWALL, J. An examination of the record failing to disclose anything that would warrant the court in disturbing the finding of the collector, which was presumptively correct, the protest was overruled.

No. 51938.—David S. Stern Corp. et al. v. United States, protests 102152–K, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 51939.—F. J. Cazalas v. United States, protest 127917–K/12800 (New Orleans).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

BEFORE THE FIRST DIVISION, OCTOBER 9, 1947

No. 51940.—F. W. Woolworth Co. et al. v. United States, protests 78514–K/12511, etc. (New Orleans, etc.).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 51941.—Frank Alvarez et al. v. United States, protests 123911–K, etc. (Laredo, etc.).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 51942.—Reichard Coulston, Inc., et al. v. United States, protests 71415–K, etc. (Boston, etc.).

Opinion by COLE, J. The protests were dismissed.

BEFORE THE THIRD DIVISION, OCTOBER 9, 1947

No. 51943.—Rosenblum Co. et al. v. United States, protests 963648–G, etc. (New York).

Opinion by CLINE, J. It was stipulated that the merchandise consists of cheese similar in all material respects to that the subject of S. A. Haram v. United States (17 Cust. Ct. 37, C. D. 1016). In accordance therewith the claim of the plaintiffs was sustained.